1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11

MODESTO CARLOS,                          )     NO. CV 13-3228-AS
                                         )
             Plaintiff,                  )
                                         )     **JUDGMENT**
        v.                               )
                                         )
CAROLYN W. COLVIN,                       )
Acting Commissioner of Social            )
Security,                                )
                                         )
                                         )
             Defendant.                  )
_____ )

20      IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED

21  and that the above-captioned action is dismissed with prejudice.

22

23      DATED:   July 11, 2014.

24

25

26                              /s/
                              _____
27                              ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE
28